IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. **18-24 J** |
| | ) | |
| v. | ) | [21 U.S.C. §§ 846, |
| | ) | 21 U.S.C. §§ 841(a)(1), |
| JOHN T. TERRY | ) | 841(b)(1)(A)(viii), |
| a/k/a "Tyree Terry | ) | 841(b)(1)(B)(ii), |
| GERALD TERRY | ) | 18 U.S.C. § 922(g)(1), |
| | ) | 18 U.S.C. § 924(c)(1)(A), |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i), and |
| | ) | 18 U.S.C. § 924(c)(1)(C)(i)] |
| | ) | **[UNDER SEAL]** |

FILED

JUL -9 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## FIRST SUPERSEDING INDICTMENT

## COUNT ONE

The grand jury charges:

Between on or about March 30, 2018, to on or about April 4, 2018, in the Western District of Pennsylvania and elsewhere, the defendants, JOHN T. TERRY, a/k/a "Tyree Terry," and GERALD TERRY, and others known to the grand jury, did knowingly, intentionally and unlawfully conspire, confederate, and agree together and with one another to distribute and to possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a detectable amount of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The grand jury further charges:

On or about April 4, 2018, in the Western District of Pennsylvania, the defendants, JOHN T. TERRY, a/k/a "Tyree Terry," and GERALD TERRY, did knowingly, intentionally and unlawfully possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a detectable amount of cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(B)(ii).

2

## COUNT THREE

The grand jury further charges:

On or about April 4, 2018, in the Western District of Pennsylvania, the defendant, JOHN T. TERRY, a/k/a "Tyree Terry," after having been convicted on or about June 2, 1998, at Case Number 97-CR-593-2, in the United States District Court for the Eastern District of Pennsylvania, of Interference with Interstate Commerce by Robbery, which is a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting interstate commerce, a firearm, to-wit: a loaded Smith & Wesson, M & P Shield, .40 caliber semi-automatic pistol, and did so knowingly.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The grand jury further charges:

On or about April 4, 2018, in the Western District of Pennsylvania, the defendant, GERALD TERRY, after having been convicted on or about March 13, 2012, at Case Number CP-51-CR-14269-2011, in the Court of Common Pleas of Philadelphia County, Pennsylvania, of Aggravated Assault, which is a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting interstate commerce, a firearm, to-wit: a loaded Smith & Wesson, M & P Shield, .40 caliber semi-automatic pistol, and did so knowingly.

In violation of Title 18, United States Code, Section 922(g)(1).

4

## COUNT FIVE

The grand jury further charges:

On or about April 4, 2018, in the Western District of Pennsylvania, the defendant, JOHN T. TERRY, a/k/a "Tyree Terry," knowingly and unlawfully did possess a firearm, that is, a loaded Smith & Wesson, M & P Shield, .40 caliber semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a detectable amount of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841, as charged at Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(C)(i).

5

## COUNT SIX

The grand jury further charges:

On or about April 4, 2018, in the Western District of Pennsylvania, the defendant, GERALD TERRY, knowingly and unlawfully did possess a firearm, that is, a loaded Smith & Wesson, M & P Shield, .40 caliber semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a detectable amount of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841, as charged at Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

1.      The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One, Two, Three, Four, Five, and Six of this First Superseding Indictment for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      As a result of the commission of the violations of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(ii) charged in Counts One and Two of this First Superseding Indictment, of the violation of Title 18, United States Code, Section 922(g)(1) charged in Counts Three and Four of this First Superseding Indictment, and of the violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(A)(i), and 924(c)(1)(C)(i) charged in Counts Five and Six of this First Superseding Indictment, the defendants JOHN T. TERRY, a/k/a "Tyree Terry," and GERALD TERRY, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violations, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1): a black Smith & Wesson M & P .40 caliber handgun bearing serial number HSU6371.

3.      If through any act or omission by the defendants, JOHN T. TERRY, a/k/a "Tyree Terry," and/or GERALD TERRY, any or all of the property described in paragraph 2 above (hereinafter the "Subject Property")

> (a)      Cannot be located upon the exercise of due diligence;
>
> (b)      Has been transferred, sold to, or deposited with a third person;

7

(c)     Has been placed beyond the jurisdiction of the Court;

(d)     Has been substantially diminished in value; or

(e)     Has been commingled with other property which cannot be subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendant, JOHN T. TERRY, a/k/a "Tyree Terry," and/or GERALD TERRY, up to the value of the Subject Property forfeitable above pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(p) Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A True Bill,

FOREPERSON

SCOTT W. BRADY
United States Attorney
PA ID No. 88352

8