**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 3:18-cr-24** |
| | ) | |
| **v.** | ) | **JUDGE KIM R. GIBSON** |
| | ) | |
| **JOHN T. TERRY, a/k/a TYREE TERRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**NOW**, this 18th day of February, 2020, upon consideration of Defendant John Terry's Motion for Pre-Plea Pre-Sentence Report (ECF No. 116) it is hereby **ORDERED** that said Motion is **GRANTED**, and pursuant to Federal Rule of Criminal Procedure 32(e)(1), the United States Probation Office is hereby directed to conduct a pre-plea investigation and report as specified below:

☐ Full Presentence Report before Guilty Plea (Local Criminal Rule 32(E) disclosure and sentencing schedule to be followed).

☐ Full Bridges Presentence Report (Track II) to be disclosed to the Court, Bridges Court Team, defendant and counsel of record 60 days from the date of the order.

☒ Pre-plea Criminal History/Career Offender/Armed Career Criminal Investigation and Report (Disclosure only to the parties 60 days from the date of the order).

☐ Other (Specify scope of report, disclosure date, and to whom):

**IT IS FURTHER ORDERED** that by no later than **10 days** after receipt of the Pre- Plea Pre-Sentence Report, counsel shall jointly file with the Court a notice of the status of the above-captioned matter, including, specifically, (i) the date defense counsel received the Report, (ii) when defense counsel reviewed the Report with Mr. Terry, and (iii) whether it is appropriate for the Court to schedule a Change of Plea Hearing.

**BY THE COURT:**

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**