# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )      Case No. 3:18-cr-24
)
v. )      JUDGE KIM R. GIBSON
)
JOHN T. TERRY, a/k/a TYREE TERRY, )
)
       Defendant. )

## CONFERENCE MEMO

Conference:      Status Conference
Before Judge:      Kim R. Gibson on June 11, 2020

| Appearing for the United States | Appearing for Defendant |
|---|---|
| Maureen Sheehan-Balchon | Sandra Thompson |
| Conference Began 1:35 p.m. | Conference Concluded 1:40 p.m. |
| Law Clerk CSN | Court Reporter N/A |

A status conference was held with counsel appearing telephonically.

The Court began by asking counsel for an update on the case. Attorney Thompson stated that she working with Defendant and the Government to reach a resolution on the case. The Court then informed the parties that jury trials could not be scheduled in July 2020 due to Chief Judge Hornak's administrative order. Attorney Thompson stated that she would file a motion to continue trial in this matter.

No further issues were discussed and the conference concluded.