# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)　　　CASE NO. 3:18-cr-24
v. )
)　　　JUDGE KIM R. GIBSON
JOHN T. TERRY, )
)
Defendant. )

## HEARING MEMO

Conference:　　　　Pretrial Conference
Before Judge:　　　Kim R. Gibson on October 26, 2021

| Arnold P. Bernard, Jr. Appearing for the United States | Sandra Thompson Appearing for Defendant |
|---|---|
| 10:04 a.m. Hearing Began | 10:13 a.m. Hearing Concluded |
| NSK Law Clerk | Shirley Hall Court Reporter |

The Court held a pretrial conference with Counsel appearing by telephone. Counsel for Defendant explained that she and the Government have discussed the possible resolution of the case, but that as of now, Defendant intends to go to trial. The Court asked the parties to estimate the time needed to present their respective cases. The Government informed the Court it anticipated its case would take 3 to 4 days to present and Counsel for Defendant indicated their case would take .5 to 1 day to present. The Court informed the parties that the entire week of November 29th would be scheduled for trial, and that trial would continue December 6th if necessary.

The Court discussed the jury selection process and asked if Counsel had any additional questions. There being no further questions, the Court concluded the hearing.