IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:18-cr-24 |
| JOHN T. TERRY, a/k/a "Tyree Terry" | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S AMENDED OMNIBUS, POST-TRIAL MOTION FOR JUDGMENT OF <u>ACQUITTAL/NEW TRIAL (Doc. 245)</u>**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Arnold P. Bernard, Jr., Assistant United States Attorney for said district, and files the following Government's Motion for Extension of Time to File Response to Defendant's Amended Omnibus, Post-Trial Motion for Judgment of Acquittal/New Trial (Doc. 245), and, in support thereof, avers as follows:

1. The Defendant, John T. Terry, a/k/a "Tyree Terry," was charged in the First Superseding Indictment at Count One with Participating in a Conspiracy to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and Cocaine[1]; at Count Two with Possessing with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and Cocaine[2]; at Count Three with Possession of a Firearm by a Convicted Felon[3]; and at Count Five with Possession of a Firearm in Furtherance of a Drug Trafficking Crime[4].

2. The Defendant proceeded to a bifurcated jury/non-jury trial on August 22, 2022.

---

1    In violation of 21 U.S.C. § 846.
2    In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(ii).
3    In violation of 18 U.S.C. § 922(g)(1).
4    In violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(C)(i).

3.      On August 25, 2022, following phase one of the bifurcated trial, the jury found the Defendant guilty of Counts One and Two.

4.      On August 26, 2022, the defendant waived his right to jury trial as to Counts Three and Five and proceeded to a non-jury trial on those counts.  Following the stipulated non-jury trial, this Honorable Court found the defendant guilty of Counts Three and Five.

5.      Following his conviction, on September 8, 2022, the Defendant filed an Omnibus Post-Trial Motion for Judgment of Acquittal and/or Motion for a New Trial.  Doc. 226.  In his Motion, the Defendant requested leave to amend his Motion upon receipt of the trial transcripts. Doc. 226 at p. 7.

6.      On January 13, 2023, the Defendant filed an Amended Omnibus Post-Trial Motion for Judgment of Acquittal and/or Motion for a New Trial.  Doc. 245.

7.      By Order dated January 17, 2023, this Honorable Court ordered that the Government's Response to Defendant's Amended Motion for Judgment of Acquittal/New Trial be filed on or before February 16, 2023.  Doc. 247.

8.      The Government sought a 30-day extension of time to file its Response, which the Court granted.

9.      On March 17, 2023, the Government requested an additional 14-day extension of time to file its response, which the Court granted.  The Government's Response is currently due to be filed on or before April 1, 2023.

10.     By the Government's count, the Defendant's Amended Motion for Judgment of Acquittal/New Trial raises over two dozen allegations of error committed at trial.

11.     Preparation of a response to said Amended Motion requires review a voluminous trial transcript.

2

12.     Accordingly, the Government requires additional time to prepare a thorough and complete response to all of the Defendant's claims.

13.     The Government therefore requests a 14-day extension of time to file its response.

14.     Undersigned counsel for the Government has consulted with Counsel for the Defendant regarding this request.  Counsel for the Defendant has indicated that the Defendant has no objection to the Government's request for a 14-day extension of time to file its response.

WHEREFORE, the Government respectfully requests that the Court GRANT this Motion for a 14-day extension of time to file its response and Order that the Government's response is due to be filed on or before April 15, 2023.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

s/*Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant United States Attorney
PA ID No. 313734

3